PHILLIP A. TALBERT
United States Attorney
ALEXIS NELSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>                     v.<br><br>SAAHDI ABDULE COLEMAN,<br><br>                               Defendant. | CASE NO. 2:21-CR-00012 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE:    January 25, 2022<br>TIME:    9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Nelsen, and defendant, Saahdi Coleman, by and through defendant's counsel of record, Linda Parisi, hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 25, 2022.

2.      By this stipulation, defendant now moves to continue the status conference until March 8, 2022 at 9:30 a.m., and to exclude time between January 25, 2022, and March 8, 2022, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes approximately 122 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with her client, review current charges, conduct investigation and research related to the charges, to discuss potential resolutions with her client, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 25, 2022 to March 8, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 20, 2022                          PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ ALEXIS NELSEN
                                                  ALEXIS NELSEN
                                                  Assistant United States Attorney


Dated:  January 20, 2022                          /s/ LINDA PARISI
                                                  LINDA PARISI
                                                  Counsel for Defendant
                                                  SAAHDI ABDULE COLEMAN

1

2                              **FINDINGS AND ORDER**

3          The Court, having received, read, and considered the parties' stipulation, and good cause

4  appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Court vacates the

5  January 25, 2022, status conference and resets the matter for a status conference on March 8, 2022, at

6  9:30 a.m.  The Court also finds that based on the facts set forth in the parties' stipulation, the failure to

7  exclude time between January 25, 2022, and March 8, 2022, would deny counsel reasonable time

8  necessary for effective preparation, taking into account the exercise of due diligence.  The Court further

9  finds that the ends of justice served by the continuance outweigh the best interests of the public and the

10  defendant in a speedy trial.  Time from January 25, 2022, to and including March 8, 2022, is excluded

11  from the computation of time within which the trial of this case must commence under the Speedy Trial

12  Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

13

14          IT IS SO FOUND AND ORDERED this 20th day of January, 2022.

15

16                                              /s/ John A. Mendez
                                                _____
17                                              THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE
18

19

20

21

22

23

24

25

26

27

28