PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAAHDI ABDULE COLEMAN,<br><br>Defendant. | CASE NO. 2:21-cr-00012-JAM<br><br>**STIPULATION AND FINDINGS AND ORDER RESETTING JUDGMENT AND SENTENCING AND ASSOCIATED DATES**<br><br>DATE:   October 17, 2023<br>TIME:   9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant, Saahdi Coleman, by and through defendant's counsel of record, Linda Parisi, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on October 17, 2023.

2. By this stipulation, the parties jointly request to continue judgment and sentencing to January 9, 2024.  Additional time is needed for probation to prepare the draft presentence report, and the parties are requesting additional time to allow for informal and formal objections to the presentence report prior to sentencing.  Probation has been consulted, agrees, and is available on January 9, 2024.

3. The parties accordingly request the following modified schedule for sentencing and associated dates:

Judgment and Sentencing Date:                                                                January 9, 2024

1

| | | |
|---|---|---|
| Reply, or Statement of Non-Opposition: | | January 2, 2024 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | | December 26, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | | December 19, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | | December 12, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | | November 28, 2023 |

IT IS SO STIPULATED.

Dated: October 11, 2023                    PHILLIP A. TALBERT
                                           United States Attorney

                                           /s/ ALEXIS KLEIN
                                           ALEXIS KLEIN
                                           Assistant United States Attorney


Dated: October 11, 2023                    /s/ LINDA PARISI
                                           LINDA PARISI
                                           Counsel for Defendant
                                           SAAHDI ABDULE COLEMAN

## FINDINGS AND ORDER

The Court, having received, read, and considered the parties' stipulation, adopts the parties' stipulation in its entirety as its order. The Court vacates the October 17, 2023, judgment and sentence date, and **RESETS** the matter as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | **January 09, 2024, at 09:00 a.m.** |
| Reply, or Statement of Non-Opposition: | January 2, 2024 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 26, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | December 19, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 12, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | November 28, 2023 |

IT IS SO FOUND AND ORDERED.

Dated: October 12, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE