```
PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>SAAHDI ABDULE COLEMAN,<br><br>              Defendant. | CASE NO. 2:21-cr-00012-JAM<br><br>**STIPULATION AND FINDINGS AND ORDER RESETTING JUDGMENT AND SENTENCING AND ASSOCIATED DATES**<br><br>DATE:  January 9, 2024<br>TIME:  9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant, Saahdi Coleman, by and through defendant's counsel of record, Linda Parisi, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on January 9, 2024.

2. By this stipulation, the parties jointly request to continue judgment and sentencing to February 27, 2024.  Probation was awaiting records from outside agencies, and therefore probation requested additional time to prepare the presentence report.  The parties are accordingly also requesting additional time to allow for informal and formal objections to the presentence report prior to sentencing. The parties have coordinated with probation and jointly selected February 27, 2024.

3. The parties accordingly request the following modified schedule for sentencing and associated dates:

| | |
|---|---|
| Judgment and Sentencing Date: | February 27, 2024 |
| Reply, or Statement of Non-Opposition: | February 20, 2024 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 12, 2024 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | February 5, 2024 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 29, 2024 |
| The draft Presentence Report shall be disclosed to counsel no later than: | January 16, 2024 |

IT IS SO STIPULATED.

Dated:  December 18, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXIS KLEIN
ALEXIS KLEIN
Assistant United States Attorney

Dated:  December 18, 2023

/s/ LINDA PARISI
LINDA PARISI
Counsel for Defendant
SAAHDI ABDULE COLEMAN

**FINDINGS AND ORDER**

The Court, having received, read, and considered the parties' stipulation, **ADOPTS** the parties' stipulation in its entirety as its Order. The Court **VACATES** the January 9, 2024, judgment and sentence date, and **RESETS** the matter as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | **February 27, 2024, at 09:00 a.m.** |
| Reply, or Statement of Non-Opposition: | February 20, 2024 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 12, 2024 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | February 5, 2024 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 29, 2024 |
| The draft Presentence Report shall be disclosed to counsel no later than: | January 16, 2024 |

IT IS SO FOUND AND ORDERED.

Dated: December 18, 2023        /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE