UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 27, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAAHDI ABDULE COLEMAN,<br><br>　　　　Defendant. | Case No. 2:21-cr-00012-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SAAHDI ABDULE COLEMAN ,

Case No.  2:21-cr-00012-JAM , Charge 18 U.S.C. § 922(g)(1), from custody for the following reasons:

　　____ Release on Personal Recognizance

　　____ Bail Posted in the Sum of $ _____

　　　　____ Unsecured Appearance Bond $ _____

　　　　____ Appearance Bond with 10% Deposit

　　　　____ Appearance Bond with Surety

　　　　____ Corporate Surety Bail Bond

　　　_X_ (Other): **TIME SERVED.**


DATED: February 27, 2024　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE