PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00012-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RESETTING ADMIT/DENY HEARING** |
| v. | DATE: October 22, 2024 |
| SAAHDI ABDULE COLEMAN, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant, Saahdi Coleman, by and through defendant's counsel of record, Linda Parisi, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on defendant's pending term of supervised release violation.

2. By this stipulation, the parties jointly request to continue the admit/deny hearing to November 19, 2024, at 9:00 a.m. The defense needs additional time to investigate the allegations, and the government has no objection to the continuance.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: October 16, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ALEXIS KLEIN<br>ALEXIS KLEIN<br>Assistant United States Attorney |
| Dated: October 16, 2024 | /s/ LINDA PARISI<br>LINDA PARISI<br>Counsel for Defendant<br>SAAHDI ABDULE COLEMAN |

# ORDER

The Court, having received, read, and considered the parties' stipulation, **ADOPTS** the parties' stipulation. The Court **VACATES** the October 22, 2024, admit/deny hearing, and **RESETS** the matter for **November 19, 2024, at 09:00 a.m.**

IT IS SO ORDERED.

Dated: October 16, 2024            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE