UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAAHDI ABDULE COLEMAN,<br><br>　　　　Defendant. | No.  2:21-cr-00012 JAM<br><br><br>**RECUSAL ORDER** |

　　Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

　　Good cause appearing therefor,

　　IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

　　IT IS FURTHER ORDERED that all pending dates before Senior Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

　　IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that

the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: January 27, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE