Linda Parisi
Attorney for Saahdi Coleman
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile:  (916) 441-1575

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAAHDI COLEMAN<br><br>Defendant. | CASE NO.  2:21-CR-00012 DAD-1<br><br>STIPULATION REGARDING CONTINUING THE HEARING TO ADMIT OR DENY THE PETITION; FINDINGS AND ORDER<br><br>DATE:    February 10, 2025<br>TIME:     9:30 a.m.<br>COURT: Room 4 Hon. Dale A. Drozd |

**FINDINGS AND ORDER**

Based on the reasons set forth in the stipulation of the parties filed on FEBRUARY 5, 2025, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the HEARING TO ADMIT OR DENY, currently set for FEBRUARY 10, 2025, be vacated and that a HEARING be set for March 3, 2025, at 9:30 a.m. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation of FEBRUARY 5, 2025 that the hearing to admit or deny the petition is continued to March 3, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **February 5, 2025**                            _____
                                                                            DALE A. DROZD
                                                                            UNITED STATES DISTRICT JUDGE