§UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 3, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAAHDI ABDULE COLEMAN,

    Defendant.

Case No. 2:21-CR-00012-DAD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SAAHDI ABDULE COLEMAN, Case No. 2:21-CR-00012-DAD, Charge Violation of Supervised Release, from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of $ _____

    \_\_\_\_ Unsecured Appearance Bond $ _____

    \_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_ Appearance Bond with Surety

    \_\_\_\_ Corporate Surety Bail Bond

    **X** (Other): With previously imposed conditions of supervised release and modification to include location monitoring.

\_\_\_\_

Issued at Sacramento, California on March 3, 2025, at  10:30  a.m.

By: _/s/ Dale A. Drozd_

District Court Judge Dale A. Drozd