MICHELE BECKWITH
Acting United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>          v.<br><br>SAAHDI ABDULE COLEMAN,<br><br>                      Defendant. | CASE NO. 2:21-CR-00012 DAD<br><br>STIPULATION AND ORDER RESETTING INITIAL APPEARANCE, ADMIT/DENY, AND DETENTION HEARING<br><br>DATE: March 31, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant, Saahdi Coleman, by and through defendant's counsel of record, Linda Parisi, hereby stipulate as follows:

1. On March 18, 2025, a second superseding petition was filed and an arrest warrant was authorized following defendant's arrest by the Fresno Police Department. *See* ECF 99.

2. Defendant made an initial appearance, in custody, on this petition. Defendant was ordered temporarily detained, and the matter was continued to March 31 for a detention hearing and initial appearance on the second superseding petition in the Sacramento division. *See* ECF 101.

3. This matter had been previously scheduled for an admit/deny hearing on March 31 before this Court. ECF 94.

4. The parties jointly request to continue this matter to May 5, 2025. The defense needs

1

additional time to investigate the new allegations in the second superseding petition, and the government has no objection to the continuance.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 27, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ ALEXIS KLEIN<br>ALEXIS KLEIN<br>Assistant United States Attorney |
| Dated: March 27, 2025 | /s/ LINDA PARISI<br>LINDA PARISI<br>Counsel for Defendant<br>SAAHDI ABDULE COLEMAN |

## FINDINGS AND ORDER

The Court, having received, read, and considered the parties' stipulation, adopts the parties' stipulation. The Court vacates the March 31, 2025, hearing, and resets the matter for an admit or deny hearing on May 5, 2025 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **March 27, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2