1  LAW OFFICES OF
2  WING & PARISI
   LINDA M. PARISI
3  917 G STREET
   SACRAMENTO, CA 95814
4
5  916 -441-4888
6  ATTORNEYS FOR COLEMAN
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12 UNITED STATES OF AMERICA            No.   2:21 CR -00012- DAD
13                 Plaintiff.          STIPULATION REGARDING
                                        RESETTING THE HEARING DATE
14   v.
                                        DATE  July 7, 2025
15 SAAHDI A. COLEMAN. Jr.               TIME: 9:30 AM
16              Defendant.              DPT. 4 [HON. DALE A. DROZD
17
18                         **STIPULATION**
19    Plaintiff United States of America, by and through its counsel of record, JASON
20 HITT, and defendant, Saahdi Coleman, by and through defendant's counsel of record, Linda
21 Parisi, hereby stipulate as follows:
22    1.    By previous order, this matter was set for JULY 7, 2025.
23    2.    By this stipulation, defendant now moves to continue the matter until and to
24 exclude time between JULY 7, 2025 , and SEPTEMBER 15, 2025 under Local Code T4.
25    3.    The parties agree and stipulate, and request that the Court find the following:
26       a)   The government has represented that the discovery associated with this
27 case includes approximately 122 pages of documents. All of this discovery has been
28 either produced directly to counsel and/or made available for inspection and copying.
   / / /

                                    1

b) Counsel for defendant desires additional time to consult with her client, review current charges, conduct investigation and research related to the petition, to discuss potential resolutions with her client, and otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: JULY 2, 2025                                       MICHELLE BECKWITH
                                                         United States Attorney

                                                         /s/ JASON HITT
                                                         JASON HITT
                                                         Assistant United States Attorney


Dated  JULY 2, 2025                                       /s/ LINDA PARISI
                                                         LINDA PARISI
                                                         Counsel for Defendant
                                                         SAAHDI ABDULE COLEMAN

///
///
///
///
///
///
///

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing there from, adopts the parties' stipulation in its entirety as its order. The Court vacates the JULY 7, 2025, status conference and resets the matter for a status conference on SEPTEMBER 15, 2025, at 9:30 a.m. The Court also finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between JULY 7, 2025, and SEPTEMBER 15, 2025, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. **However, no further continuances of the of the status conference in this case will be granted absent a compelling showing of good cause.**

IT IS SO ORDERED.

Dated:  **July 2, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE