Michael E. Hansen [SBN 191737]
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
FAX 916.864.1359
Email:  mhansen@criminal-defenses.com
Attorney for SAAHDI COLEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAAHDI COLEMAN,<br><br>    Defendant. | No. 2:21-cr-00012-DAD<br><br>**DEFENDANT'S REQUEST FOR CONTINUANCE OF ADMIT/DENY HEARING**<br><br>Date:   October 6, 2025<br>Time:   9:30 a.m. |

Defendant Coleman, through undersigned counsel, requests the Court continue the October 6, 2025, admit/deny hearing to October 27, 2025, at 9:30 a.m.  Undersigned tested positive for COVID 19, preventing meeting with the defendant in advance of the hearing.  The government is not opposed to the request.

Dated:  October 2, 2025                             Respectfully submitted,

                                                    /s/ Michael E. Hansen
                                                    MICHAEL E. HANSEN
                                                    Attorney for Defendant
                                                    SAAHDI COLEMAN

1

**STATUS OF COUNSEL REQUEST**

**ORDER**

At the request of the parties in this matter, and for good cause, the admit/ deny hearing in this matter set for October 6, 2025, is continued to October 27, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated: __**October 2, 2025**__

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2

**STATUS OF COUNSEL REQUEST**